# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. MURRAY,<br><br>  Plaintiff,<br><br>  v.<br><br>MERCED COUNTY JAIL-SHERIFF'S DEPT., et al.,<br><br>  Defendants.<br>_____/ | 1:11-cv-01313-DLB PC<br><br>ORDER DISREGARDING MOTIONS TO AMEND AS UNNECESSARY (DOC. 9, 10)<br><br>AMENDED COMPLAINT DUE WITHIN THIRTY DAYS |

Plaintiff Michael A. Murray ("Plaintiff") is a prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On February 29, 2012 and April 12, 2012, Plaintiff filed motions to amend his complaint. Doc. 9, 10. A party may amend its pleading once as a matter of course. Fed. R. Civ. P. 15(a). Accordingly, Plaintiff's motions are DISREGARDED as unnecessary. Plaintiff will be required to file his amended complaint within thirty (30) days from the date of service of this order. If Plaintiff does not file an amended complaint, the Court will screen Plaintiff's August 9, 2011 complaint.

IT IS SO ORDERED.

Dated:  **April 16, 2012**          /s/ Dennis L. Beck
                                  UNITED STATES MAGISTRATE JUDGE

1