# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. MURRAY,<br><br>    Plaintiff,<br><br>  v.<br><br>MERCED COUNTY JAIL, et al.,<br><br>    Defendants. | Case No. 1:11-cv-01313-DLB PC<br><br>**ORDER TO SHOW CAUSE**<br><br>ECF No. 16<br><br>RESPONSE DUE WITHIN FOURTEEN DAYS |

Plaintiff Michael A. Murray ("Plaintiff") is a prisoner proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983. On January 23, 2013, the Court ordered Plaintiff to submit service documents within thirty days. ECF No. 16. As of the date of this order, Plaintiff has not responded.

Accordingly, it is HEREBY ORDERED that Plaintiff is to show cause within **fourteen (14) days** from the date of service of this order why this action should not be dismissed for failure to obey a court order. Failure to timely respond or otherwise show cause will result in dismissal of this action for failure to obey a court order.

IT IS SO ORDERED.

  Dated:  **April 17, 2013**                    /s/ *Dennis L. Beck*
                                                           UNITED STATES MAGISTRATE JUDGE

1